No. 72–394. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. *v.* HYNSON, WESTCOTT & DUNNING, INC.;

No. 72–414. HYNSON, WESTCOTT & DUNNING, INC. *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.;

No. 72–555. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. *v.* BENTEX PHARMACEUTICALS, INC., ET AL.;

No. 72–666. USV PHARMACEUTICAL CORP. *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 4th Cir.; and

No. 72–528. CIBA CORP. *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 3d Cir. Reported below: Nos. 72–394 and 72–414, 461 F. 2d

215; No. 72–555, 463 F. 2d 363; No. 72–666, 461 F. 2d 223; and No. 72–528, 463 F. 2d 225. Motion of American Public Health Assn. et al. for leave to file a brief as *amici curiae* in No. 72–394 granted. Certiorari granted. Cases consolidated and a total of three hours allotted for oral argument.